UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHENZHEN ZHANPUSIDA TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Civ. Case No. _____ <br><br><br> **<u>FILED UNDER SEAL</u>** <br><br> Jury Trial Demanded |

## I.  INTRODUCTION AND RELIEF REQUESTED

Plaintiff SHENZHEN ZHANPUSIDA TECHNOLOGY CO., LTD ("Plaintiff"), by and through undersigned counsel, sues the individuals, partnerships, and unincorporated associations identified in Schedule "A" to Plaintiff's Complaint for Damages and Injunctive Relief (collectively, "Defendants"). Defendants, through online commerce platforms including without limitation Amazon.com (collectively, "Online Marketplaces"), (1) infringed, and continue to infringe, on one or more of the claims of Plaintiff's United States Patent No. 12,336,129 B2 (the "'129 Patent") and United States Patent No. 12,336,125 B2 (the "'125 Patent") by manufacturing, distributing, importing, offering for sale, and/or selling emergency power supply devices for vehicles in violation of 35 U.S.C. § 271 or inducing and contributing to others' infringements of the '129 Patent and '125 Patent.

Plaintiff submits this motion to file under seal the its documents associated with the above-referenced action including without limitation the following: (1) Motion to Seal; (2) Complaint for Damages and Injunctive Relief, Schedule A, and Exhibits A, B, C, and D thereto; (3) *Ex Parte* Motion for Temporary Restraining Order Including Temporary Injunction, Temporary Asset Restraint, and Expedited Discovery and Proposed Order; (4) Memorandum of Law in Support of

1

Plaintiff's *Ex Parte* Motion for Temporary Restraining Order Including Temporary Injunction, Temporary Asset Restraint, and Expedited Discovery including Declaration thereto; (5) Plaintiff's *Ex Parte* Motion to Authorize Electronic Service of Process under Fed. R. Civ. P. 4(f)(3) and Proposed Order; (7) Memorandum of Law in Support Of Plaintiff's *Ex Parte* Motion to Authorize Electronic Service of Process under Fed. R. Civ. P. 4(f)(3) including Declaration thereto; (8) all filings accompanying the foregoing including case initiating filings; and (9) any Orders granting a temporary restraining order or authorizing electronic service.

Good cause exists to file the foregoing documents under seal. A variety of courts, including Courts in this judicial district, granted the requested relief in similar cases based on, *inter alia*:

a. Defendants' control of their pseudo-anonymous online commerce storefronts ("Defendants' Online Storefronts") and seller identifiers set forth in Schedule "A" to the Complaint ("Defendants' Seller IDs") associated with the Online Marketplaces.

b. Defendants' ability to (1) change the ownership of or modify the data and content of their Online Storefronts, (2) change payment accounts, (3) redirect consumer traffic to other seller identification names, and (4) transfer assets and ownership of the Seller IDs.

c. Defendants can make such modifications/transfers in a short period of time and, upon information and belief, will do so immediately after receiving notification of this action.

d. Defendants can easily transfer and/or hide the funds and assets sought to be restrained through electronic means, can do so promptly after receiving notice of the relief sought through Plaintiff's Complaint and associated *ex parte* filings, and will thereby alter the status quo and reduce or eliminate the Court's ability to grant meaningful relief to Plaintiff.

In view of the foregoing and Defendants' unlawful conduct as set forth in the Complaint, Plaintiff believes that Defendants will transfer and/or hide their assets rather than maintain them for discovery and recovery. *See, e.g.*, <u>LKRB Industries, LLC v. Xuzhouaiyaxundianzishangwuyouxiangongsi (d/b/a TJOY US) AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A"</u>, No. 2:24-cv-01601-WSS, ECF No. 10, (W.D. Pa. Nov. 25, 2025) (granting motion to seal); <u>Jacki Easlick, LLC v. CJ Emerald, et al.</u>, No. 2:23-cv-02000-WSS, ECF No. 12 (W.D. Pa. Nov. 20, 2023) (granting motion to seal); <u>Doggie Dental Inc. v. Go Well</u>, No. 2:19-cv-01282-MRH, ECF No. 5 (W.D. Pa. Oct. 9, 2019) (same); *see also* <u>XYZ Corp. v. The P'Ships and Uninc. Assoc. Identified on Schedule A</u>, No. 1:21-cv-06471, 2022 U.S. Dist. LEXIS 10466, at *5 (N.D. Ill. Jan. 20, 2022) ("[I]n the ordinary Schedule A case, plaintiffs are routinely permitted to keep the defendants' identities under seal until the plaintiffs' inevitable requests for temporary restraining orders and asset restraints have been adjudicated (and they are nearly always granted).").

Accordingly, Plaintiff respectfully requests that the filings in this action remain under seal until at least the Order on Plaintiff's *Ex Parte* Motion for Temporary Restraining Order Including Temporary Injunction, Temporary Asset Restraint, and Expedited Discovery, or until further Order of the Court.

A proposed order is attached to this Motion.

DATED this 24th day of November, 2025.

                                          By: *s/ Joseph A. Farco*
                                          Joseph A. Farco
                                          (Pro Hac Vice Motion To Be Filed)
                                          BOCHNER PLLC
                                          1040 6th Avenue, 15th Floor
                                          New York, NY 10018
                                          Tele. No.: 646-971-0685
                                          JFarco@bochner.law
                                          Attorneys for Plaintiff, SHENZHEN ZHANPUSIDA TECHNOLOGY CO., LTD